# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORRIS F. BARNES, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>CAROLYN W. COLVIN, <br><br>Commissioner of Social Security, <br><br>　　　　　Defendant. | CASE NO. 5:16-CV-01183-SK <br><br><br>**JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

DATED: April 17, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　STEVE KIM
　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE